FILED - SOUTHERN DIV.
CLERK, U.S. DISTRICT COURT

OCT 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES E. CRAYON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, warden,<br><br>　　　　Respondent. | Case No. CV 12-7643 JSL (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has completed its de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R") [5] and Petitioner's Objections thereto [6].

IT IS ORDERED that:

1. The Court finds Petitioner's Objections, consisting of bits and pieces of various state court records, fail to show the findings and conclusions in the R&R are legally erroneous. Accordingly, the Objections are overruled and the Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered denying the Petition and dismissing this action without prejudice.

///

1      3.    Any and all other pending motions are denied as moot and terminated.

2      IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
3  Order and the Judgment on all counsel or parties of record.

6  Dated: October 19, 2012

*[signature: Spencer Letts]*

                  J. SPENCER LETTS
                  SENIOR JUDGE