JS - 6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES E. CRAYON, | Case No. CV 12-7643 JSL (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| RICK HILL, warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed without prejudice.

Dated: October 19, 2012

Spencer Letts
J. SPENCER LETTS
SENIOR JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY